# Exhibit B


Feel Lighter
7-Hydroxymitragynine is a potent alkaloid found in the kratom plant. At OPiA, we've harnessed its remarkable capabilities to create a product that offers unparalleled euphoria and relief, surpassing any regular kratom supplement. Experience the pinnacle of natural wellness with every tablet.
10mg
10mg
Serving Size: 1/2 Tablet - 10mg
For adult use only. Keep out of reach of children. Underage sale prohibited. Must be 21+ to purchase.
Exp:01/2027
N05132
8 10168 27119 4
Perforate Here
Tablet Ingredients: 7-Hydroxymitragynine, Microcrystalline Cellulose, Dicalcium Phosphate, Silicon Dioxide, Magnesium Stearate, Food Grade Colorant
FDA DISCLAIMERS: THESE PRODUCTS AND STATEMENTS HAVE NOT BEEN EVALUATED BY THE FDA AND ARE NOT INTENDED TO DIAGNOSE, TREAT, OR CURE ANY DISEASE. DO NOT CONSUME THIS PRODUCT IF PREGNANT OR NURSING. CONSULT A DOCTOR BEFORE CONSUMING THIS PRODUCT. DO NOT OPERATE HEAVY MACHINERY AFTER CONSUMING THIS PRODUCT.
MITRAGYNA SPECIOSA DISCLAIMER: THIS PRODUCT CONTAINS NATURALLY OCCURRING PLANT COMPOUNDS FROM MITRAGYNA SPECIOSA (KRATOM). THE INTOXICATING EFFECTS OF KRATOM MAY BE DELAYED UP TO TWO HOURS. DO NOT CONSUME MORE THAN THE RECOMMENDED AMOUNT.
LEGAL DISCLAIMER/LIABILITY DISCLAIMER: BY USING THIS PRODUCT, YOU ASSUME FULL RESPONSIBILITY FOR ANY ADVERSE EVENTS AND/OR HEALTH COMPLICATIONS THAT MAY RESULT FROM ITS USE. MANUFACTURER/RESELLER ASSUMES NO LIABILITY FOR THE MISUSE OF THIS PRODUCT.
Live lightly with us
www.opiakratom.com