# Exhibit C

INTERNET ARCHIVE WaybackMachine https://www.opiakratom.com/ Go
12 captures
18 Jul 2024 - 12 Jul 2025
OCT MAY JUL
17
2024 2025 2026
About this capture

OPiA

Chewable Tabs Liquid Shots

# Float Away and Find Your Inner Calm

Discover the transformative power of Mitragyna speciosa, better known as kratom. OPiA invites you to embrace a serene lifestyle where you can rise above the weight of everyday physical and mental stress. Feel lighter, as if living in the clouds, and let yourself float away into tranquility.

View Products

## Try OPiA and find your path to calm and serenity

7-Hydroxymitragynine is a potent natural alkaloid found in the kratom plant. With this, 7-Hydroxymitragynine offers a unique and revolutionary experience to those who can benefit from its exceptional properties. Enjoy the pinnacle of kratom with OPiA liquid shots and chewable tablets.

Chewable Tablets 7-Hydroxymitragynine

Chewable Tablets 7-Hydroxymitragynine →

Liquid Shots 7-Hydroxymitragynine

Liquid Shots 7-Hydroxymitragynine →




Chewable Tablets Pseudo Indoxyl + 7-Hydroxymitragynine →

Liquid Shots Pseudo Indoxyl + 7-Hydroxymitragynine

Liquid Shots Pseudo Indoxyl + 7-Hydroxymitragynine →

Live lightly with us · Live lightly with us · Live lightly with us · Live lightly with us · Live lightly with

## Harness the Power of Nature's Alkaloid

Experience the unparalleled power of 7-Hydroxymitragynine, a remarkable alkaloid derived from the kratom plant. OPiA's liquid shots, chewable tablets, and curated samplers offer a groundbreaking way to unlock calmness, balance, and a new level of well-being.

· Convenient microdosing · Fast-acting liquid shots · Long-lasting chewable tablets · Tailored for your needs · Promotes relaxation ·

Quick Links

Wholesale

Wholesale Product Verification

FOR ADULT USE ONLY. MUST BE 21+ TO PURCHASE. KEEP OUT OF REACH OF CHILDREN. UNDERAGE SALE PROHIBITED.

THIS PRODUCT CONTAINS KRATOM. KRATOM MAY BE ADDICTIVE. PRODUCT NOT INTENDED FOR DAILY USE.

LEGAL DISCLAIMER/LIABILITY DISCLAIMER: BY USING THIS PRODUCT, YOU ASSUME FULL RESPONSIBILITY FOR ANY ADVERSE EVENTS AND/OR HEALTH COMPLICATIONS THAT MAY RESULT FROM ITS USE. MANUFACTURER/RESELLER ASSUMES NO LIABILITY FOR THE MISUSE OF THIS PRODUCT. THIS PRODUCT CONTAINS KRATOM. KRATOM MAY BE ADDICTIVE. PRODUCT NOT INTENDED FOR DAILY USE.

FDA DISCLAIMERS: THESE PRODUCTS AND STATEMENTS HAVE NOT BEEN EVALUATED BY THE FDA AND ARE NOT INTENDED TO DIAGNOSE, TREAT, OR CURE ANY DISEASE. DO NOT CONSUME THIS PRODUCT IF PREGNANT OR NURSING. CONSULT A DOCTOR BEFORE CONSUMING THIS PRODUCT. DO NOT OPERATE HEAVY MACHINERY AFTER CONSUMING THIS PRODUCT.

© 2025 Opia. All rights reserved.