# Exhibit G

This notice has expired. Check the NIH Guide for active opportunities and notices.

# Department of Health and Human Services

# Part 1. Overview Information

**Participating Organization(s)**

U.S. Food and Drug Administration (FDA)

NOTE: The policies, guidelines, terms, and conditions stated in this announcement may differ from those used by the NIH. Where this Notice of Funding Opportunity (NOFO) provides specific written guidance that may differ from the general guidance provided in the grant application form, please follow the instructions given in this NOFO. Also note that AHRQ has different page limits than NIH for the application Research Strategy, which can be found within each individual NOFO.

The FDA does not follow the NIH Page Limitation Guidelines or the NIH Review Criteria. Applicants are encouraged to consult with FDA Agency Contacts for additional information regarding page limits and the FDA Peer Review Process.

EXPIRED

**Components of Participating Organizations**

Center for Drug Evaluation and Research (CDER)

**Funding Opportunity Title**

## Cooperative Agreement to Support a Human Abuse Potential Study of Botanical Kratom (U01 Clinical Trial Required)

**Activity Code**

U01 Research Project Cooperative Agreements

**Announcement Type**

New

**Related Notices**

- **January 23, 2024 -** Notice of Change to Funding Opportunity: RFA-FD-24-025 Cooperative Agreement to Support a Human Abuse Potential Study of Botanical Kratom (U01 Clinical Trial Required). See Notice NOT-FD-24-002.

**Notice of Funding Opportunity (NOFO) Number**

## RFA-FD-24-025

# Part 2. Full Text of Announcement

## Section I. Notice of Funding Opportunity Description

An estimated 1.7 million Americans aged 12 and older used kratom in 2021, according to the Substance Abuse and Mental Health Services Administration s National Survey on Drug Use and Health. FDA has warned consumers about the use of Kratom (Mitragyna speciosa), a plant indigenous to Southeast Asia. Kratom alkaloids have demonstrated both affinity and activity at mu opioid receptors, receptor sites known to be associated with abuse. Although Kratom use is prevalent, to date, clinical evaluations of abuse potential have not been performed. This research proposal describes a human abuse potential (HAP) study of botanical Kratom. This HAP study will help researchers, scientists, individuals using or considering the use of kratom, and the broader public health community because it will generate important findings related to the safety profile of kratom.

The primary objective(s) of the HAP study are to characterize the abuse potential and subjective effects of botanical Kratom. Importantly, FDA currently has a pilot, dose-finding and safety study of botanical Kratom. The pilot study is expected to provide critical information for conducting the HAP study, including information on the Kratom dose, the botanical supply provider, and content for the Investigational New Drug (IND) application (e.g., safety information and chemistry manufacturing and controls (CMC) data). Interested parties are expected to be able to fulfill all the requirements of the IND submission.

The study should adhere to the design principles outlined in the guidance for industry: "Assessment of Abuse Potential of Drugs." As described in the guidance, the study should be conducted in a human pharmacology laboratory and can be performed in either an inpatient or outpatient setting. On-site safety measures should be described in addition to subject discharge criteria. The HAP study should be performed in nondependent subjects with a history of recreational drug use, including opioids and botanical kratom. Applicants are expected to provide a statistical analysis plan including a power analysis to justify their proposed sample size.

Typically, HAP studies consist of a screening phase, qualification phase, treatment phase, and follow-up visit. During the qualification phase, subjects are administered placebo and a dose of the positive control and evaluated using a bipolar drug liking visual analog scale (VAS) ranging from 0-100. During the qualification phase, the placebo response should be between 40-60 points while the positive control should produce a score outside of the placebo range and with a difference of at least 15 points greater than placebo. A naloxone challenge phase may be implemented prior to the qualification phase to rule out physical dependence. The treatment phase should be a within-subject, randomized, double-blind, placebo and active controlled study. Two to three doses of a positive control should be employed along with three doses of botanical Kratom to establish a dose-response curve. Selection of the doses of botanical Kratom and the positive control for the treatment phase can be made in conjunction with FDA utilizing data from FDA's pilot dose-ranging study of botanical Kratom. The oral route of administration (using encapsulated botanical Kratom) is expected for the HAP study. Appropriate washout period(s) should be used between sessions.

Maximum response (i.e., Emax) on VAS assessments of "drug liking" should be the primary outcome measure. Other measures such as "high," "sedation," and willingness to take the drug again should also be assessed. Novel measures of reinforcement (e.g., behavioral economic measures and/or willingness to pay for drug) may be considered in consultation with FDA. Assessments should be performed at the appropriate timepoints after drug and Kratom administration (e.g., Tmax). Safety and physiological measurements (e.g., pupillometry) should

also be implemented. The expected outcome from performing the HAP study is a detailed study report describing the methodology, conclusions, and interpretation of the HAP study results.

See Section VIII. Other Information for award authorities and regulations.

## Section II. Award Information

**Funding Instrument**

Cooperative Agreement: A support mechanism used when there will be substantial Federal scientific or programmatic involvement. Substantial involvement means that, after award,FDA scientific or program staff will assist, guide, coordinate, or participate in project activities. See Section VI.2 for additional information about the substantial involvement for this NOFO.

**Application Types Allowed**

New

The OER Glossary and the SF424 (R&R) Application Guide provide details on these application types. Only those application types listed here are allowed for this NOFO.

**Clinical Trial?**

Required: Only accepting applications that propose clinical trial(s)

Need help determining whether you are doing a clinical trial?

**Funds Available and Anticipated Number of Awards**

The number of awards is contingent upon FDA appropriations and the submission of a sufficient number of meritorious applications.

FDA/CDER intends to commit $2,000,000.000 in FY 2024 to fund ONE (1) award.

**Award Budget**

Application budgets need to reflect the actual needs of the proposed project. and should not exceed the following in total costs (direct and indirect):

YR 01: $2,000,000

YR 02: $2,000,000

YR 03: $2,000,000

**Award Project Period**

The scope of the proposed project should determine the project period. The maximum project period is THREE (3) years.

FDA grants policies as described in the *HHS Grants Policy Statement* will apply to the applications submitted and awards made from this NOFO.

## Section III. Eligibility Information