**VENABLE LLP**
Daniel S. Silverman (State Bar No. 137864)
Bryan J. Weintrop (State Bar No. 307416)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: dssilverman@venable.com
bjweintrop@venable.com

**VENABLE LLP**
Zoe E. Gallagher (State Bar No. 355362)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: 415.673.3750
Facsimile: 415.653.3755
E-mail: zgallagher@venable.com

Attorneys for Defendant
PEAK 24 LLC dba OPIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.K., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEAK 24 LLC, doing business as OPIA, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 8:25-cv-01038-SRM-DFM<br>Assigned to the Hon. Serena R. Murillo<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>Action Filed: May 15, 2025<br>Trial Date: None |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Peak 24 LLC dba OPIA ("OPIA" or "Defendant"), by and through its attorneys of record, hereby makes the following statement identifying any parent corporations and publicly held corporations that own ten percent or more of its stock:

Defendant has no parent corporation, and no publicly held corporation owns ten percent or more of Defendant's stock.

Dated: August 11, 2025

Respectfully submitted,

**VENABLE LLP**

By: *\/s/ Daniel S. Silverman*
Daniel S. Silverman
Bryan J. Weintrop
Zoe E. Gallagher

*Attorneys for Defendant*
Peak 24 LLC dba OPIA