NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Daniel S. Silverman
Bryan J. Weintrop
Zoe E. Gallagher
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 299-9900

ATTORNEY(S) FOR: Defendant Peak 24 LLC dba OPIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

M.K., individually and on behalf of all other similarly situated,

Plaintiff(s),

v.

PEAK 24 LLC, doing business as OPIA, and DOES 1-50, inclusive,

Defendant(s)

CASE NUMBER:

8:25-cv-01038-SRM-DFM

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Peak 24 LLC dba OPIA or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| M.K. | Plaintiff |
| Peak 24 LLC dba OPIA | Defendant |

August 11, 2025
Date

/s/ Daniel S. Silverman
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Peak 24 LLC dba OPIA