**LYNCH CARPENTER, LLP**
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
9171 Towne Centre Drive, Ste. 180
San Diego, CA 92122
Tel:   619-762-1910
Fax:   858-313-1850

*Attorneys for Plaintiff
and Proposed Class Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.K., individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>PEAK 24 LLC, doing business as OPIA, and DOES 1-50, inclusive,<br><br>         Defendants. | Case No.: 8:25-cv-01038-SRM-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff M.K. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 3, 2025

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Tel:   619-762-1910
Fax:   858-313-1850

*Attorneys for Plaintiff
and Proposed Class Counsel*